**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-7048

RAMONE WRIGHT,

        Petitioner - Appellant,

    v.

WARDEN FCI BENNETTSVILLE,

        Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Donald C. Coggins, Jr., District Judge.  (5:23-cv-00330-DCC)

Submitted:  February 27, 2025                    Decided:  March 4, 2025

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ramone Wright, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramone Wright appeals the district court's order accepting the magistrate judge's recommendation and granting summary judgment to Respondent on Wright's 28 U.S.C. § 2241 petition.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Wright v. Warden FCI Bennettsville*, No. 5:23-cv-00330-DCC (D.S.C. Oct. 24, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*